**STATE of Missouri, Respondent,**

v.

**Daniel Dale DAVID, Appellant.**

**No. WD 47518.**

Missouri Court of Appeals,
Western District.

Aug. 16, 1994.

---

**254**

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of possession of controlled substance, § 195.-202.2, RSMo Supp.1993, and from denial of Rule 29.15 postconviction motion.

Both judgments are affirmed. Rules 30.-25(b) and 84.16(b).